UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRENT DEMOREST POOLE,<br><br>   Defendant. | Case No. 24-cr-00176-CAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253 – Criminal Forfeiture |

The United States Attorney charges:

COUNT 1

Beginning on a date unknown and continuing up to and including to at least September 26, 2023, within the Southern District of California, defendant BRENT DEMOREST POOLE, did knowingly receive visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the

production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegation contained in Count 1 of this Information is re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in Count 1, alleging a violation of Title 18, United States Code, Section 2252, defendant BRENT DEMOREST POOLE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting and traceable to gross profits or other proceeds obtained from the offense; and any property, real and personal, used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 2253(a) and 2253(b).

DATED: January 30, 2024.

TARA K. MCGRATH
United States Attorney

AMANDA L. GRIFFITH
Assistant U.S. Attorney