Case 3:24-cr-00176-CAB    Document 22    Filed 02/09/24    PageID.55    Page 1 of 3

PS8B
(09/20)

| | |
|---|---|
| **Name of Defendant:** Brent Demorest Poole | February 9, 2024 |
| **Docket No.:** 3:24-cr-00176-CAB-1 | Page 1 |

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Brent Demorest Poole                **Dkt No.:** 3:24-CR-00176-CAB-1

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo, (U.S. District Judge (Matter referred to Honorable Jill L. Burkhardt)

**Date Conditions Were Ordered:** January 16, 2024, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Conditions of Release:** Mandatory Conditions: The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; Standard Conditions: the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon and legally transfer all firearms; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, do not enter Mexico.

Additional Conditions: Reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; submit to psychological/psychiatric treatment at Pretrial Services Discretion; participate in the location monitoring program and comply with its requirements as directed under the following component and technology: Home Detention and Technology at Pretrial Services Discretion; Adam Walsh Act: surrender passports and all travel documents to Pretrial Services. Do not apply or reapply for any passport or travel documents during the pendency of case; submit psychiatric/psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sexual crimes; participate in the "Computer Monitoring Program" and do not use/access any computer without monitoring software installed, unless approved in advance by Pretrial Services; do not access any social networking sites including, but not limited to, MySpace, Facebook, Friendster, etc.; do not access any website or possess any material depicting sexually explicit conduct as defined by Title 18 U.S.C. 2256(2); do not access any online computer service or any other device with internet capabilities (IPODS, X-Box, Wii, cell phone) at any location, at any time. This includes any internet service provider, bulletin board system or other public or private network; no direct or indirect contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and who must be physically present at the time of the contact; report to Pretrial Services within 8 hours of any unauthorized contact with any person under the age of 18; do not engage in any paid occupation or volunteer service that allows for direct or indirect exposure to children under the age of 18, unless approved in advance by the Court and Pretrial Services; shall not frequent or loiter in any place where children under the age of 18 congregate (e.g. schools, parks, playgrounds, video arcades, swimming pools, etc.); notify employer of conditions of release within 3 days of hire; Defense counsel to notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody directly to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.

PS8B
(09/20)

**Name of Defendant:** Brent Demorest Poole  February 9, 2024
**Docket No.:** 3:24-cr-00176-CAB-1  Page 2

**Modification:** None.

**Date Released on Bond:** January 18, 2024

**Charged Offense:** 18:2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

**Next Court Hearing:** March 15, 2024, at 1030am, before the Honorable Cathy Ann Bencivengo, U. S. District Judge

**Asst. U.S. Atty.:** Amanda Griffith   **Defense Counsel:** Sara Marie Peloquin   (appointed)
(619) 546-8970   (619) 234-8467

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense.

### CAUSE

Upon release from custody, Pretrial Services completed an initial Post Release Intake Interview, and our office reviewed all conditions of pretrial release with the defendant. The initial Pretrial Release Order did not contain a condition, "avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense." The defendant is charged with alleged violation of Title 18, U.S.C. 2252(a)(2) Receipt of Images of Minors Engaged in Sexually Explicit Conduct. Given the case involves minor victims, the Adam Walsh Act applies to this case, and any release order shall contain a condition requiring, "avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense." On January 23, 2024, the undersigned informed the defendant we would be seeking a modification for this added condition, and he indicated no opposition.

On January 30, 2024, the undersigned reviewed this added condition of release with defendant's mother/surety, and she reported no opposition.

On February 6, 2024, our office contacted Assistant United States Attorney, Mandy Griffith, and Defense Counsel, Sara Peloquin, to inquire as to their position and both indicated no opposition to the proposed modification.

Given the Adam Walsh Act applies to this case, Pretrial Services respectfully recommends the following condition, "avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense," be included. Should the court add this condition, Pretrial Services will monitor the defendant's compliance with this condition and all the conditions contained the Pretrial Release Order.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Execute on:** February 9, 2024

PS8B
(09/20)

**Name of Defendant:** Brent Demorest Poole  February 9, 2024
**Docket No.:** 3:24-cr-00176-CAB-1  Page 3

Respectfully submitted:  Review and approved:

by *Samantha Ledesma*  *Eric Kosmo* (signature)

Samantha Ledesma  Eric Kosmo
U.S. Pretrial Services Officer Specialist  Supervisory U.S. Pretrial Services Officer
619-557-6724
Place: San Diego, California

**THE COURT ORDERS:**

__X__  **AGREE,** avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense.

_____  Other _____

*Jill Burkhardt* (signature)  2/9/24

The Honorable Jill L. Burkhardt  Date
U.S. Magistrate Judge