1  **SARA M. PELOQUIN**
California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile:   (619) 687-2666
sara_peloquin@fd.org
5

6  Attorneys for Mr. Poole

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JILL L. BURKHARDT)**

| UNITED STATES OF AMERICA, | CASE NO. 24CR0176-CAB (JLB) |
|---|---|
| Plaintiff, | **MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | |
| BRENT DEMOREST POOLE, | |
| Defendant. | |

16       Brent Demorest Poole, the defendant in this case, through his attorneys, Sara M.

17  Peloquin and Federal Defenders of San Diego, Inc., moves this Court to modify the bond

18  conditions of pretrial release in this case to allow him to travel to the Central District of

19  California on November 14, 2024. Mr. Poole will be traveling to the Central District for

20  a neurological evaluation.

21       The Assistant United States Attorney assigned to this case, Amanda Griffith, has

22  no objection to this motion.  U.S. Pretrial Services Officer Samantha Ledesma also has

23  no objection.

24                                         Respectfully submitted,

25

26   Dated:    October 30, 2024              *s/ Sara M. Peloquin*
                                            **SARA M. PELOQUIN**
27                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Poole

28