# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.: 24CR0176-CAB (JLB) |
| Plaintiff,            ) | **ORDER** |
| vs.            ) | |
| BRENT DEMOREST POOLE,            ) | |
| Defendant.            ) | |

Finding good cause therein, **IT IS HEREBY ORDERED** granting the motion to modify the conditions of Mr. Poole's pretrial release. The conditions of release are hereby modified to allow Mr. Poole to travel to the Central District of California on November 14, 2024.

All other conditions remain the same.

**SO ORDERED.**

DATED: 10/31/2024

Honorable Jill L. Burkhardt
U.S. Magistrate Judge