Forfeiture Addendum
United States v. Brent Demorest Poole
Case No. 24CR176-CAB

Defendant's conviction will include forfeiture. This forfeiture addendum is incorporated into and part of Defendant's plea agreement, and the additional terms and warnings below apply.

A.  PENALTY

Defendant understands that in addition to the penalties set forth in the plea agreement, federal law states Defendant must forfeit to the United States any visual depiction described in 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property. Defendant understands that forfeiture is an additional mandatory penalty in this case. Defendant is also agreeing to the forfeiture of any and all visual depictions as described in Title 18 U.S.C. Sec. 2252.

In addition to pleading guilty to the Superseding Information, as set forth in Section I of the main agreement, Defendant agrees to forfeit to the United States all property seized in connection with this case, including but not limited to the following:

1.  Any visual depictions described in 18 U.S.C. § 2252, and any visual depictions which constitute child erotica;
2.  Galaxy Z4535G;
3.  HP Chromebook;

4. Kexin Teal USB thumb drive; and

5. Two (2) Cruzer Glide 32 GB USB thumb drives.

B. <u>BASIS FOR FORFEITURE</u>

Defendant agrees the property seized in connection with this case, including but not limited to the items described above, are subject to forfeiture pursuant to Title 18, United States Code, Section 2253. Any and all other property(ies) are subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c).

C. <u>IMMEDIATE ENTRY OF PRELIMINARY ORDER OF FORFEITURE</u>

Defendant consents and agrees to the immediate entry of a preliminary order of forfeiture upon entry of the guilty plea. Defendant further agrees that upon entry of the preliminary order of forfeiture, such order will be considered final as to defendant's interests in the property described above.

In addition, Defendant agrees to immediately withdraw any claims to any and all properties seized in connection with this case in any pending administrative or civil forfeiture proceedings, and consents to and agrees to not contest the forfeiture of all properties seized in connection with this case. Defendant agrees that by signing this addendum Defendant is withdrawing any and all claims and any and all petitions with respect to this case. Defendant agrees to execute any and all documents requested by the Government to facilitate or complete the forfeiture process(es). Defendant further agrees not to contest or to assist any other person or entity in contesting the

- 2 -   Def. Initials _____

forfeiture of any properties seized in connection with this case in the forfeiture proceedings ancillary to this criminal case, and in any related administrative and civil forfeiture proceeding.

D. ENTRY OF ORDERS OF FORFEITURE AND WAIVER OF NOTICE

Defendant consents and agrees to the entry of orders of forfeiture for all properties and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. Defendant acknowledges that defendant understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the Court to advise defendant of this, pursuant to Rule 11(b)(1)(J), at the time the Court accepts the guilty pleas.

E. WAIVER OF CONSTITUTIONAL AND STATUTORY CHALLENGES

Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding.

F. AGREEMENT SURVIVES DEFENDANT; NO FORFEITURE ABATEMENT

- 3 -    Def. Initials

1  Defendant agrees that the forfeiture provisions of this plea
2  agreement are intended to, and will, survive defendant,
3  notwithstanding the abatement of any underlying criminal
4  conviction after the execution of this agreement. The
5  forfeitability of any particular property pursuant to this
6  agreement shall be determined as if defendant had survived, and
7  that determination shall be binding upon defendant's heirs,
8  successors and assigns until the agreed forfeiture, including any
9  agreed money judgment amount, is collected in full.
10  The defendant understands that the main plea agreement and
11  this forfeiture addendum embody the entire plea agreement between
12  the parties and supersedes any other plea agreement, written or
13  oral.

4/3/2025
Date

BRENT DEMOREST POOLE
Defendant

Acknowledgment by Counsel:

4/3/2025
Date

MARINA HENRI
CARMEL ABUZAID
Defense Counsel

April 7, 2025
Date

AMANDA L. GRIFFITH
Assistant U.S. Attorney

- 4 -    Def. Initials