1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: 24-cr-176-CAB
                           )
              Plaintiff,   ) FINDINGS AND RECOMMENDATION
                           ) OF THE MAGISTRATE JUDGE
v.                         ) UPON A PLEA OF GUILTY
                           )
Brent Demorest Poole,      )
                           )
                           )
              Defendant.)

17

18

19

20

21

22

23

24

25

26

27

28

     Upon Defendant's request to enter a guilty plea to
Count 1 of the Superseding Information pursuant to Rule
11 of the Federal Rules of Criminal Procedure, this
matter was referred to the Magistrate Judge by the
District Judge, with the consents of the Defendant,
counsel for the Defendant, and counsel for the United
States.

     Thereafter, the matter came on for a hearing on
Defendant's guilty plea, in full compliance with Rule
11, Federal Rules of Criminal Procedure, before the
Magistrate Judge, in open court and on the record.

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

**I make the following FINDINGS - that the Defendant understands:**

1.  The government's right, in a prosecution for perjury or false statement, to use against the defendant any statement that the defendant gives under oath;

2.  The right to persist in a plea of "not guilty";

3.  The right to a speedy and public trial;

4.  The right to trial by jury, or the ability to waive that right and have a judge try the case without a jury;

5.  The right to be represented by counsel-and if necessary to have the court appoint counsel-at trial and at every other stage of the proceeding;

6.  The right at trial to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

7.  The defendant's waiver of these trial rights if
    the court accepts a guilty plea or nolo
    contendere;

8.  The nature of each charge to which the
    defendant is pleading;

9.  Any maximum possible penalty, including
    imprisonment, fine, and term of supervised
    release;

10. Any applicable mandatory minimum penalty;

11. Any applicable forfeiture;

12. The court's authority to order restitution, if
    applicable;

13. The court's obligation to impose a special
    assessment;

14. In determining a sentence, the court's
    obligation to calculate the applicable
    sentencing guideline range and to consider that
    range, possible departures under the Sentencing
    Guidelines, and other sentencing factors under
    18 U.S.C § 3553(a);

15. The term of any plea agreement and any
    provision in that agreement that waives the

24-cr-176-CAB

right to appeal or to collaterally attack the

conviction and sentence; and

16. That, if convicted, a defendant who is not a

United States citizen may be removed from the

United States, denied citizenship, and denied

admission to the United States in the future.

**I further find that:**

17. The defendant is competent to enter a plea;

18. The defendant's guilty plea is made knowingly

and voluntarily, and did not result from force,

threats or promises (other than those made in a

plea agreement); and

19. There is a factual basis for Defendant's plea.

**I therefore RECOMMEND that the District Judge**

**accept the Defendant's guilty plea to Count 1 of the**

**Superseding Information.**

The sentencing hearing will be before United States

**District Judge Cathy Ann Bencivengo,** on **7/18/2025** at

9:00 AM. The court excludes time from 4/22/2025 through

7/18/2025   pursuant to 18 USC § 3161(h)(1)(G) on the

ground that the District Judge will be considering the

proposed plea agreement or guilty plea without

agreement.

24-cr-176-CAB

1    Objections to these Findings and Recommendations

2  are waived by the parties if not made within 14 days of

3  this order or the sentencing hearing before the

4  district judge, whichever first occurs.

5

6

7

8   Dated:  4/22/2025                    *Jill Burkhardt*

9   _____          _____
                              **Hon.** Jill L. Burkhardt
10                            United States Magistrate
                              Judge
11

12

13
    Copies to:
14  Judge Cathy Ann Bencivengo
    Assistant United States Attorney
15  Counsel for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28