# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 24-CR-0176-CAB |
|---|---|
| Plaintiff, | ORDER |
| V. | |
| BRENT DEMOREST POOLE (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE (1) of the Superseding Information .

Dated:   6/2/2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

24-CR-0176-CAB