**MARINA L. HENRI**
California State Bar No. 326634
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marina_Henri@fd.org

Attorneys for Mr. Poole

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**BRENT DEMOREST POOLE**,<br><br>Defendant. | CASE NO.: 24CR0176-CAB<br><br>**DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, Brent Demorest Poole, the defendant named in the above-captioned case, here by acknowledge that the next court date in this matter is as follows:

**August 22, 2025, at 9:30 a.m. for Sentencing hearing.**

I further acknowledge that this court appearances is to take place before Honorable Cathy Ann Bencivengo, United states District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

Dated: ___6/10/2025_____          _Brent Poole_____

                                    **BRENT DEMOREST POOLE**

1

ACKNOWLEDGMENT OF NEXT COURT DATE