ADAM GORDON
United States Attorney
AMANDA L. GRIFFITH
Assistant United States Attorney
California State Bar No.: 243854
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8970

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>BRENT DEMOREST POOLE,<br><br>  Defendant. | Case No. 24CR176-CAB<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART**<br><br>Date:  August 22, 2025<br>Time:  9:30 a.m. |

The UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Amanda L. Griffith, Assistant United States Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: August 14, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Amanda L. Griffith*
AMANDA L. GRIFFITH
Assistant U.S. Attorney

SENTENCING SUMMARY CHART  
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]  
Sentencing Date: August 22, 2025

AUSA [☒]  
DEF [☐]

Defendant's Name: Brent Demorest Poole                     Docket No.: 24CR176-CAB  
Attorney's Name: Amanda L. Griffith                        Phone No.: (619) 546-8970

| | |
|---|---:|
| Guideline Manual Used: November 1, 2024 | Agree with USPO Calc.: ☐ |
| Base Offense Level: USSG § 2G2.2 (a)(1) | 18 |
| Specific Offense Characteristics: | |
| USSG § 2G2.2(b)(2)-Prepubescent Minors | +2 |
| USSG § 2G2.2(b)(4)-Sadistic/Masochistic/Toddler/Infant | +4 |
| USSG § 2G2.2(b)(6)-Use of Computer | +2 |
| USSG § 2G2.2(b)(7)-Number of Images | +5 |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjusted Offense Level: | 31 |
| ☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 28 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| Guideline Range: (Range limited by:  minimum mand.    statutory maximum) | from 78 mths to 97 mths |
| Departures: | |
| Variance Pursuant to § 3553(a) as detailed in the plea agreement | -2 |
| Adjusted Offense Level: | 26 |
| Guideline Range: (Range limited by:    minimum mand.    statutory maximum) | from 63 mths to 78 mths |

*Government Recommendation*: 36 months; 10 years supervised release; $100 SA; No Fine

The recommended sentence is sufficient but not greater than necessary pursuant to 18 U.S.C. § 3353(a).