**MARINA L. HENRI**
California State Bar No. 326634
**CARMEL ABUZAID**
California State Bar No. 349654
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marina_Henri@fd.org

Attorneys for Mr. Poole

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  24-cr-176-CAB |
|---|---|
| Plaintiff, | Hon. Cathy A. Bencivengo<br>Date: August 22, 2025<br>Time: 9:30 a.m. |
| v. | |
| BRENT DEMOREST POOLE, | **MR. POOLE'S SENTENCING SUMMARY CHART** |
| Defendant. | |

Defendant, Brent Poole, by and through counsel, Marina Henri, Carmel Abuzaid, and Federal Defenders of San Diego, Inc., hereby files the following sentencing summary chart.

Respectfully submitted,

Dated: August 15, 2025          *s/ Marina Henri & Carmel Abuzaid*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Brent Poole
                                Email: Marina_Henri@fd.org

1

SENTENCING SUMMARY CHART

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: | |
| AUSA: | |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | Brent Demorest Poole | Docket No. | 24CR176 |
| Attorney's Name: | Marina Henri & Carmel Abuzaid | Phone No.: | (619) 234-8467 |
| Guideline Manual Used: | Nov. 1, 2024 | Agree with USPO Calc.: | Yes |

| | |
|---|---:|
| Base Offense Level: USSG § 2G2.2 | 18 |
| Specific Offense Characteristics: | |
| Prepubescent minor(s) [USSG § 2G2.2(b)(2)] | +2 |
| Sadistic content [USSG § 2G2.2(b)(4)] | +4 |
| Use of a Computer [USSG § 2G2.2(b)(6)] | +2 |
| Over 600 Images [USSG § 2G2.2(b)(7)] | +5 |
| Adjusted Offense Level: ☐Combined (Multiple Counts)  ☐Career Offender  ☐Armed Career Criminal | 31 |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 28 |
| Criminal History Score: | 0 |
| Criminal History Category:    ☐Career Offender   ☐Armed Career Criminal | I |
| Guideline Range: (Range limited by:  ☐Minimum Mandatory  ☐Statutory Maximum) | *from:* 78 months |
| Departures: | *to:* 97 months |
| Variance under 18 U.S.C. § 3553(a) [*see* Plea Agreement p. 11] | -2 |
| Mental and Emotional Health [USSG § 5H1.3] | -4 |
| Physical Condition [USSG § 5H1.4] | -4 |
| Combination of Circumstances [USSG § 5H1.6] | -2 |
| **Adjusted Offense Level:** | 16 |
| Resulting Guideline Range: | *from:* 21 |
| | *to:* 27 |

**Recommendation:**

The defense recommends a sentence of **12 months and one day custody followed by five years' supervised release, with the first year on home detention**. Based on the 18 U.S.C. § 3553(a) factors, this sentence is sufficient, but not greater than necessary, in Mr. Poole's case for the reasons set forth in his forthcoming memorandum.