ADAM GORDON
United States Attorney
AMANDA L. GRIFFITH
California Bar No. 243854
Assistant United States Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970
mandy.griffith@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>      v.<br><br>BRENT DEMOREST POOLE,<br>               Defendant. | Case No. 24CR176-CAB<br><br>SUPPLEMENTAL SENTENCING MEMORANDUM RESTITUTION<br><br>Sentencing Date: August 22, 2025<br>Time: 9:30 a.m. |
|---|---|

      As indicated in the United States' Sentencing Memorandum (ECF 66), the parties were continuing to work through the seven restitution requests which had been submitted by victims who were depicted in images and videos in Defendant's possession.

      The parties remain in agreement with five of the restitution requests. One of the victims has withdrawn the restitution request in this case, which leaves one outstanding request for restitution in dispute which was submitted by "Aster" of the Lexie series.

      "Aster" has submitted a ten-page restitution requests, and a copy will be submitted in-camera for the Court's review. The submission from "Aster" seeks restitution for expected future costs based on an affidavit from "Aster's" attorney, including the expected costs to retain experts to evaluate "Aster's" losses.

Defendant's objection the to the request is that "Aster's" anticipated losses are too speculative. Specifically, the affidavit from "Aster's" attorney refers to other victim's losses but there is no specific evaluation regarding "Aster's" specific losses.

The United States is aware of four other district judges in the Southern District of California that did not award restitution to a victim, finding that the request for a future expenditure to secure an expert was inappropriate given the language of the AVAA. The United States takes no position regarding the sufficiency of the claim for restitution as this victim is represented by counsel.

In addition to the in-camera submission of the restitution requests, two proposed restitution orders will be submitted to the Court for the sentencing hearing. The parties will be prepared to address the Court's questions at the sentencing hearing.

Date: August 19, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*/s/ Amanda L. Griffith*
AMANDA L. GRIFFITH
Assistant U.S. Attorney