**MARINA HENRI**
California State Bar No. 326634
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marina_Henri@fd.org

Attorneys for Mr. Poole

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT DEMOREST POOLE,<br><br>　　　　　　Defendant. | CASE NO.:　24CR0176-CAB<br><br>**UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE** |

　　　　Brent Poole, by and through his counsel of record, Marina Henri and Federal Defenders of San Diego, Inc., hereby respectfully requests a two-week extension of his self-surrender date so that he may continue receiving medical care and undergo necessary testing after he was hospitalized October 19, 2025. The CT Scan found three kidney stones, and Mr. Poole was administered morphine for pain.

　　　　Mr. Poole was sentenced to a custodial term of thirty-six months on August 22, 2025, and ordered to self-surrender on October 20, 2025. (*See* Docket Nos. 74-75). Unfortunately, Mr. Poole found himself in the emergency room on October 19 in tremendous pain. *See* Exh. A. Mr. Poole thus moves this Court to continue his self-surrender date from October 20, 2025 to some time on or after November 17, 2025. **The assigned Assistant United States Attorney, Amanda Griffith, does not oppose this request.** Undersigned counsel was unable to reach the assigned Pretrial Services Officer given the time sensitive nature of the request.

### I. Mr. Poole was hospitalized on October 19, 2025.

Mr. Poole has been on pretrial supervision since approximately January 2024. During that time, Mr. Poole has had numerous health issues that require medical attention. He has also participated in psychological therapy. Importantly, Mr. Poole has remained in constant communication with his assigned pretrial services officer, and has been fully compliant with the terms and conditions of his pretrial release for nearly a year and a half.

Unfortunately, Mr. Poole was hospitalized on October 19, 2025 due to severe pain. A CT Scan revealed a 3 cm kidney stone. He was prescribed oxycodone and acetaminophen, among other medications. *See* Exhibit A.

To that end, Mr. Poole requests he be permitted to remain out of custody for an additional two weeks so that he can pass the kidney stone while out of custody and continue to take the prescribed pain medication.

### II. The public interest is best served by extending Mr. Poole's self-surrender date.

Mr. Poole is not a flight risk or a danger to the community. He has no prior criminal history, and has remained compliant with the terms and conditions of pretrial release. The public interest is thus best served by allowing Mr. Poole to continue his self-surrender date and remain on pretrial release so that he may receive the necessary medical treatment out of custody.

Given Mr. Poole's serious and recent medical condition, allowing additional time for him to continue receiving medical treatment from his primary care physician would be in the public interest. The requested extension will prevent the BOP from having to diagnose or treat any of Mr. Poole's current conditions, and prevent any delay in Mr. Poole obtaining his prescriptions.

/ / /

/ / /

/ / /

### III. Conclusion

For these reasons, Mr. Poole respectfully requests this Court grant his motion to continue his self-surrender date from October 20, 2025 for at least four weeks.

Respectfully submitted,

Dated: October 20, 2025

*s/ Marina Henri*
**MARINA HENRI**
Federal Defenders of San Diego, Inc.
Attorneys for BRENT POOLE