UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRENT DEMOREST POOLE,<br><br>　　　　　Defendant. | CASE NO.: 24-cr-0176-CAB<br><br>**ORDER ON UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE AND BOND EXONERATION HEARING** |

Based upon unopposed motion and good cause shown,

**IT IS HEREBY ORDERED** that the motion to continue self-surrender date from October 20, 2025, to November 17, 2025, is granted. Mr. Poole must surrender for service of sentence at the institution designated by the Bureau of Prisons on or before noon on Monday, November 17, 2025. All conditions ordered in Mr. Poole's pretrial release order and modification (Docket Nos. 15, 22) and this Court's judgment (Docket No. 75) remain as previously imposed.

**IT IS FURTHER ORDERED** the Bond Exoneration Hearing set for October 27, 2025, is vacated and reset to November 21, 2025, at 9:00 AM.

**IT IS SO ORDERED**.

Dated: 10/20/2025

**Honorable Cathy Ann Bencivengo**
United States District Judge